UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN HAVERTY,

      Plaintiff,

  v.

STIHL INCORPORATED,

      Defendant.

No.  2:25-cv-03043-DAD-DMC

ORDER DENYING REQUEST FOR STATUS CONFERENCE

(Doc. No. 27)

On June 23, 2026, the parties filed a joint request for the court to set a status conference to discuss the current deadlines for fact discovery which is set to elapse on September 1, 2026 and expert discovery which is set to commence on October 1, 2026 with plaintiff's disclosure of experts.  (Doc. No. 27.)  The parties state that this request is based on the fact that defendant's motion to dismiss based in part for lack of personal jurisdiction has remained pending since December 23, 2025, and defendant has not yet engaged in any fact discovery to avoid waiver of its right to challenge the court's jurisdiction.  (*Id.* at 2.)

When the parties filed their joint status report on February 9, 2026, they did not raise any similar concerns about setting a schedule nor did they request the court to delay scheduling this case until defendant's motion to dismiss was resolved.  (Doc. No. 24.)  Accordingly, the court does not find the parties' representations sufficient to set a status conference to discuss discovery

/////

1

deadlines, so the court declines to do so at this time.  The court will, however, consider a stipulation from the parties with a proposed amended schedule modifying the deadline dates set out in the court's February 13, 2026 scheduling order.

For these reasons, the parties' joint request for a status conference (Doc. No. 27) is DENIED.

IT IS SO ORDERED.

Dated:   **June 30, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2